NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

METRICOLOR LLC,

Plaintiff and Counterdefendant,

v.

L'ORÉAL USA, INC.; L'ORÉAL USA PRODUCTS, INC.; L'ORÉAL USA S/D, INC.; REDKEN 5TH AVENUE NYC, LLC; and DOES 1 through 100, inclusive,

Defendants Counterclaimants and Third-Party Plaintiffs (L'Oréal USA, Inc.; L'Oréal USA Products, Inc.; L'Oréal USAS/D, Inc.; and Redken 5th Avenue NYC, LLC)

v.

SALVATORE D'AMICO, and STEPHEN D'AMICO,

Third-Party Defendants.

Case No. 2:18-cv-00364-CAS-E

Courtroom: 8D
Judge: Hon. Christina A. Snyder

**~~[PROPOSED]~~ ORDER RE: EXTENDING DEADLINES**

Action filed: January 16, 2018
Trial date: November 30, 2021

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation RE: Extending Deadlines, the Court ORDERS the following schedule for the litigation of this matter:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Fact discovery cutoff | May 10, 2021 | September 10, 2021 |
| Opening expert witness reports | June 1, 2021 | October 1, 2021 |
| Rebuttal expert witness reports | June 28, 2021 | October 28, 2021 |
| Completion of expert discovery | July 26, 2021 | November 29, 2021 |
| Last day to file dispositive motions | August 16, 2021 | December 16, 2021 |
| Last day to complete ADR | September 3, 2021 | January 3, 2022 |
| Status Conference re: Settlement | September 13, 2021 | January 10, 2022 at 11:00 A.M. |
| Last day to file Motions in Limine | October 11, 2021 | February 11, 2022 |
| Final pre-trial conference / Motions in Limine Hearing | November 8, 2021 | March 7, 2022 at 11:00 A.M. |
| Jury trial (approximately 7-9 court days, not including jury selection or procedural hearings related to trial) | November 30, 2021 | March 29, 2022 at 9:30 A.M. |

No further continuances.

**IT IS SO ORDERED.**

Dated: April 23, 2021

Christina A. Snyder

Hon. Christina A. Snyder
United States District Court Judge