JOSEPH A. CALVARUSO (*pro hac vice*)
jcalvaruso@orrick.com
RICHARD F. MARTINELLI (*pro hac vice*)
rmartinelli@orrick.com
ANGELA COLT (CA SBN 286275)
acolt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: +1 212 506 5000
Facsimile: +1 212 506 5151

*Attorneys for Defendants*
L'ORÉAL USA, INC.,
L'ORÉAL USA PRODUCTS, INC.,
L'ORÉAL USA S/D, INC., AND
REDKEN 5TH AVENUE NYC, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

METRICOLOR, LLC,

Plaintiff and Counterdefendant,

v.

L'ORÉAL USA, INC.; L'ORÉAL USA PRODUCTS, INC.; L'ORÉAL USA S/D, INC.; REDKEN 5th AVENUE NYC, LLC; and DOES 1 through 100, inclusive,

Defendants, Counterclaimants and Third-Party Plaintiffs (L'Oréal USA, Inc.; L'Oréal USA Products, Inc.; L'Oréal USA S/D Inc.; and Redken 5th Avenue NYC, LLC)

v.

SALVATORE D'AMICO, and STEPHEN D'AMICO,

Third-Party Defendants.

Case No. 2:18-cv-00364-CAS-E

**(1) DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL;**

**(2) DECLARATION OF RICHARD MARTINELLI IN SUPPORT**

Lodged Under Separate Cover:
[Proposed] Order Granting Application for Leave to File Under Seal;
Unredacted Versions of Documents Proposed to be Filed Under Seal

Defendants L'Oréal USA, Inc., L'Oréal USA Products, Inc., L'Oréal USA S/D, Inc., and Redken 5th Avenue NYC, LLC ("Defendants" or "L'Oréal"), hereby apply for leave of Court to file under seal Defendants' Statement of Uncontroverted Facts and Conclusions of Law ("Defendants' SUF"), which includes portions that quote and/or describe the below exhibits and apply for leave of Court to file under seal ECF 169-2, Defendants' Statement of Uncontroverted Facts and Conclusions of Law ("Defendants' SUF") as filed on Friday, July 22, 2022 with incomplete redactions of portions that quote and/or describe the below exhibits.

Under Local Rule 79-5.2.2(b), it is Metricolor's burden to show good cause why the strong presumption of public access in civil cases should be overcome. Defendants submit this Application only to fulfill its obligations under the Court's Protective Order and Local Rules.

These exhibits are briefly described below:

- **Exhibit 5** to the Declaration of Richard Martinelli in Support of Defendants' Motion is a true and correct copy of Bates labeled document MC000592 as produced by Metricolor in its January 29, 2021 document production. Metricolor has asserted claims of "Confidentiality" over this document and not provided Defendants permission to file the document publicly. The entirety of this document is proposed to be filed under seal.
- **Exhibit 8** to the Declaration of Richard Martinelli in Support of Defendants' Motion is a true and correct copy of Bates labeled document MC005386 as produced by Metricolor in its January 29, 2021 document production. M Metricolor has asserted claims of "Confidentiality" over this document and not provided Defendants permission to file the document publicly. The entirety of this document is proposed to be filed under seal.
- **Exhibit 13** to the Declaration of Richard Martinelli in Support of Defendants' Motion is a true and correct copy of Bates labeled document

L00015127 as produced by L'Oréal. The document has been marked "Highly Confidential – Attorneys' Eyes Only" and contains confidential L'Oréal business information. The entirety of this document is proposed to be filed under seal.

- **Exhibit 14** to the Declaration of Richard Martinelli in Support of Defendants' Motion is a true and correct copy of Bates labeled document L00015128 as produced by L'Oréal. The document has been marked "Highly Confidential – Attorneys' Eyes Only" and contains confidential L'Oréal business information. The entirety of this document is proposed to be filed under seal.
- **Exhibit 15** to the Declaration of Richard Martinelli in Support of Defendants' Motion is a true and correct native copy of Bates labeled document L00015128 as produced by L'Oréal. The document has been marked "Highly Confidential – Attorneys' Eyes Only" and contains confidential L'Oréal business information. The entirety of this document is proposed to be filed under seal.
- **Exhibit 23** to the Declaration of Richard Martinelli in Support of Defendants' Motion is a true and correct copy of Bates labeled document L00034619 as produced by L'Oréal. The document has been marked "Highly Confidential – Attorneys' Eyes Only" and contains confidential L'Oréal business information. The entirety of this document is proposed to be filed under seal.
- **Exhibit 35** to the Declaration of Richard Martinelli in Support of Defendants' Motion is selected portions of the transcript of the deposition of Salvatore D'Amico, taken in *Metricolor LLC v. L'Oréal S.A.*, United States District Court, Central District of California, Case No. 16-cv-01378-CAS-E. Metricolor has asserted claims of "Confidentiality" over this document and not provided Defendants permission to file the

document publicly. The entirety of this document is proposed to be filed under seal.

Section 12.3 of the Protective Order governing these actions requires that the parties comply with Local Rule 79-5 "unless the Designating Party gives its written permission to file in the public record." Dkt. 101 at 18. Having not received such permission from Metricolor, Comar, Mr. Brenner, Defendants now seek permission from the Court to file these documents under seal. Defendants do not take a position as to whether these documents were appropriately designated as confidential or whether they should be sealed. Defendants are simply adhering to the terms of the Protective Order.

Dated: July 25, 2022

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Richard Martinelli*
Richard Martinelli

*Attorneys for Defendants*
L'Oréal USA, Inc.,
L'Oréal USA Products, Inc.,
L'Oréal USA S/D, Inc., and
Redken 5th Avenue NYC, LLC