# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRICOLOR LLC, <br><br>       Plaintiff and Counterdefendant, <br><br>       v. <br><br>L'ORÉAL USA, INC.; L'ORÉAL USA PRODUCTS, INC.; L'ORÉAL USA S/D, INC.; REDKEN 5TH AVENUE NYC, LLC; and DOES 1 through 100, inclusive, <br><br>       Defendants, Counterclaimants, and Third-Party Plaintiffs, <br><br>       v. <br><br>SALVATORE D'AMICO, and STEPHEN D'AMICO, <br><br>       Third-Party Defendants. | Case No. 2:18-cv-00364-CAS-Ex <br><br> Courtroom:   8D <br> Judge:      Hon. Christina A. Snyder <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING TERMINATING SANCTIONS** <br><br> Complaint Filed:  January 16, 2018 <br> Trial Date:       n/a |

# [PROPOSED] ORDER

Having considered the L'Oréal Defendants' Motion for Reconsideration of the Court's Order Denying Terminating Sanctions, and good cause appearing, the Court hereby GRANTS the Motion for Reconsideration. The case is hereby DISMISSED with prejudice, and Metricolor and Sal D'Amico are sanctioned in the amount of $600,000.

**IT IS SO ORDERED.**

Dated: _____    _____

Hon. Christina A. Snyder
United States District Court Judge

[Proposed] Order Granting Motion For Reconsideration