JOSEPH A. CALVARUSO (*pro hac vice*)
jcalvaruso@orrick.com
RICHARD F. MARTINELLI (*pro hac vice*)
rmartinelli@orrick.com
ANGELA COLT (CA SBN 286275)
acolt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019-6142
Telephone:  +1 212 506 5000
Facsimile:  +1 212 506 5151

WILLIAM W. OXLEY (CA SBN 136793)
woxley@orrick.com
MEGHAN ROHLING KELLY (CA SBN 292236)
meghan.kelly@orrick.com
GERALD E. PORTER (CA SBN 344396)
gporter@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA  90071-1596
Telephone:  +1 213 629 2020
Facsimile:  +1 213 612 2499

*Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs*
L'ORÉAL USA, INC., L'ORÉAL USA
PRODUCTS, INC., L'ORÉAL USA S/D, INC.,
AND REDKEN 5TH AVENUE NYC, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRICOLOR LLC,<br><br>    Plaintiff and Counterdefendant,<br><br>    v.<br><br>L'ORÉAL USA, INC.; L'ORÉAL USA PRODUCTS, INC.; L'ORÉAL USA S/D, INC.; REDKEN 5th AVENUE NYC, LLC; and DOES 1 through 100, inclusive,<br><br>    Defendants, Counterclaimants and Third-Party Plaintiffs,<br><br>    v.<br><br>SALVATORE D'AMICO, and STEPHEN D'AMICO,<br><br>    Third-Party Defendants. | Case No. 2:18-cv-00364-CAS-E<br><br>**DECLARATION OF ANGELA COLT IN SUPPORT OF DEFENDANTS' *EX PARTE* APPLICATION TO SUPPLEMENT MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING TERMINATING SANCTIONS** |

I, Angela Colt, declare under penalty of perjury:

1.    I am an attorney licensed to practice law in the State of California.

2.    I am employed at the law firm of Orrick, Herrington & Sutcliffe LLP and am counsel of record for Defendants L'Oréal USA, Inc., L'Oréal USA Products, Inc., L'Oréal USA S/D, Inc., and Redken 5th Avenue NYC, LLC ("Defendants" or "L'Oréal") in this action.

3.    I am over 18 years old and have personal knowledge of the facts and circumstances set forth in this declaration, and if called upon to do so, I could and would competently testify thereto.

4.    I make this declaration in support of L'Oréal's *Ex Parte* Application for Permission to Supplement its Motion for Reconsideration of Sanctions and Order Metricolor Immediately Produce Forensic Images.

5.    Attached as **Exhibit E** is a true and correct copy of L'Oréal's proposed Supplemental Memorandum of Points and Authorities in support of its Motion for Reconsideration of Sanctions.

6.    Attached as **Exhibit F** is a true and correct copy of a transcript of this Court's March 27, 2023 status conference on settlement.

7.    On March 24, 2023, I took the deposition of Metricolor's expert Kevin Cohen. During that deposition, Mr. Cohen opined for the first time that a "received" version of the Comar Sample Request email was sent on October 11, 2014. Attached as **Exhibit G** is a true and correct copy of excerpts of the transcript of the March 24, 2023 deposition of Kevin Cohen.

8.    Attached as **Exhibit I** is a true and correct copy of the report of Metricolor's expert Kevin Cohen, dated February 27, 2023

9.    Attached as **Exhibit J** is a true and correct copy of excerpts of the transcript of the September 22, 2021 deposition of Salvatore D'Amico.

//

//

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 4th day of April, 2023 at New York, NY.

*/s/ Angela Colt*
ANGELA COLT