JOSEPH A. CALVARUSO (*pro hac vice*)
jcalvaruso@orrick.com
RICHARD F. MARTINELLI (*pro hac vice*)
rmartinelli@orrick.com
ANGELA COLT (CA SBN 286275)
acolt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019-6142
Telephone:   +1 212 506 5000
Facsimile:   +1 212 506 5151

WILLIAM W. OXLEY (CA SBN 136793)
woxley@orrick.com
MEGHAN ROHLING KELLY (CA SBN 292236)
meghan.kelly@orrick.com
GERALD E. PORTER (CA SBN 344396)
gporter@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA  90071-1596
Telephone:   +1 213 629 2020
Facsimile:   +1 213 612 2499

*Attorneys for Defendants*
L'ORÉAL USA, INC., L'ORÉAL USA
PRODUCTS, INC., L'ORÉAL USA S/D, INC.,
AND REDKEN 5TH AVENUE NYC, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRICOLOR LLC,<br><br>        Plaintiff and Counterdefendant,<br><br>        v.<br><br>L'ORÉAL USA, INC.; L'ORÉAL USA PRODUCTS, INC.; L'ORÉAL USA S/D, INC.; REDKEN 5th AVENUE NYC, LLC; and DOES 1 through 100, inclusive,<br><br>        Defendants, Counterclaimants and Third-Party Plaintiffs,<br><br>        v.<br><br>SALVATORE D'AMICO, and STEPHEN D'AMICO,<br><br>Third-Party Defendants. | Case No. 2:18-cv-00364-CAS-E<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR PERMISSION TO SUPPLEMENT MOTION FOR RECONSIDERATION OF SANCTIONS** |

Having considered the *Ex Parte* Application for Permission to Supplement its Motion for Reconsideration of Sanctions and Order Metricolor Immediately Produce Forensic Images filed by Defendants L'Oréal USA, Inc., L'Oréal USA Products, Inc., L'Oréal USA S/D, Inc., and Redken 5th Avenue NYC, LLC ("Defendants" or "L'Oréal"), and good cause having been shown, the Court **GRANTS** Defendants' Application.

**IT IS HEREBY ORDERED THAT**:

L'Oréal may file the supplemental memorandum of points and authorities in support of its Motion for Reconsideration of Sanctions (ECF 267), attached as Exhibit E to the Colt Declaration and the accompanying Declaration of Paul French and exhibits thereto.

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
HON. CHRISTINA A. SNYDER
United States District Court Judge

Respectfully submitted,

By:  */s/  Angela Colt*
            Angela Colt

JOSEPH A. CALVARUSO (*pro hac vice*)
jcalvaruso@orrick.com
RICHARD F. MARTINELLI (*pro hac vice*)
rmartinelli@orrick.com
ANGELA COLT (CA SBN 286275)
acolt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019-6142
Telephone:  +1 212 506 5000
Facsimile:   +1 212 506 5151

WILLIAM W. OXLEY (CA SBN 136793)
woxley@orrick.com
MEGHAN ROHLING KELLY (CA SBN 292236)

- 1 -

meghan.kelly@orrick.com
GERALD E. PORTER (CA SBN 344396)
gporter@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA  90071-1596
Telephone:   +1 213 629 2020
Facsimile:    +1 213 612 2499

*Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs*
L'ORÉAL USA, INC., L'ORÉAL USA PRODUCTS, INC., L'ORÉAL USA S/D, INC., AND REDKEN 5TH AVENUE NYC, LLC