UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL    'O'

| Case No. | 2:18-cv-00364-CAS-Ex | Date | April 18, 2023 |
|---|---|---|---|
| Title | METRICOLOR, LLC v. L'OREAL USA, INC., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - DEFENDANTS' EX PARTE APPLICATION TO REMOVE FROM PUBLIC DOCKET PORTIONS OF METRICOLOR'S MOTION DISCLOSING PRIVILEGED INFORMATION OF L'OREAL (Dkt. 280, filed on April 18, 2023)

Presently before the Court is defendants' ex parte application, dkt. 280, to remove from the public docket portions of plaintiff's motion for review and reconsideration, dkt. 279, disclosing privileged information.

For background, on December 31, 2022, plaintiff filed a motion to compel production of allegedly privileged documents which defendants claim were inadvertently produced. Dkt. 240. On January 26, 2023, the Magistrate Judge issued a ruling on plaintiff's motion to compel. Dkt. 257. On March 28, 2023, plaintiff filed a motion for clarification of the Magistrate Judge's order. Dkt 257. The following day, the Magistrate Judge issued an order clarifying that certain documents for which plaintiff sought to compel production are protected by the attorney-client privilege. Dkt. 274. On April 12, 2023, plaintiff filed a motion for review and reconsideration of the Magistrate Judge's two orders and noticed a hearing before this Court on May 15, 2023. Dkt. 279.

As described above, defendants' instant ex parte application seeks to remove from the public docket portions of plaintiff's motion for review which defendants allege disclose privileged information.

///

///

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**  'O'

| | | | |
|---|---|---|---|
| Case No. | 2:18-cv-00364-CAS-Ex | Date | April 18, 2023 |
| Title | METRICOLOR, LLC v. L'OREAL USA, INC., ET AL. | | |

The Court **DENIES** defendants' ex parte application. On the Court's own motion, it directs the Clerk to temporarily seal docket number 279 in its entirety, pending the Court's determination of that motion for review and reconsideration of the Magistrate Judge's orders.

IT IS SO ORDERED.

Initials of Preparer    00 : 00
CMJ