RICHARD F. MARTINELLI (*pro hac vice*)
rmartinelli@orrick.com
ANGELA COLT (CA SBN 286275)
acolt@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone:   +1 212 506 5000
Facsimile:   +1 212 506 5151

WILLIAM W. OXLEY (CA SBN 136793)
woxley@orrick.com
MEGHAN ROHLING KELLY (CA SBN 292236)
meghan.kelly@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Avenue, Suite 2700
Los Angeles, CA 90071-1596
Telephone:   +1 213 629 2020
Facsimile:   +1 213 612 2499

*Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs*
L'ORÉAL USA, INC., L'ORÉAL USA PRODUCTS, INC., L'ORÉAL USA S/D, INC., AND REDKEN 5TH AVENUE NYC, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRICOLOR LLC, | Case No. 2:18-cv-00364-CAS-E |
| Plaintiff and Counterdefendant, | **NOTICE OF SUPPLEMENTAL AUTHORITY RE DEFENDANTS' MOTION FOR SANCTIONS (Dkt.379)** |
| v. | |
| L'ORÉAL USA, INC.; L'ORÉAL USA PRODUCTS, INC.; L'ORÉAL USA S/D, INC.; REDKEN 5th AVENUE NYC, LLC; and DOES 1 through 100, inclusive, | |
| Defendants, Counterclaimants and Third-Party Plaintiffs, | |
| v. | |
| SALVATORE D'AMICO, and STEPHEN D'AMICO, | |
| Third-Party Defendants. | |

Defendants respectfully submit this Notice of Supplemental Authority to bring to the Court's attention a published opinion dated March 5, 2024. *Jones v. Riot Hosp. Grp. LLC*, No. 22-16465, --- F.4th ---, 2024 WL 927669 (9th Cir. Mar. 5, 2024). The *Jones* decision was filed after the parties' briefing on Defendant's Motion for Sanctions was submitted, Dkt. 379, Dkt. 398, Dkt. 407, and after the Court's March 4, 2024 status conference, Dkt. 409.

The *Jones* decision is attached hereto as Exhibit A and was summarized by the Ninth Circuit as follows:

The panel affirmed the district court's dismissal under Federal Rule of Civil Procedure 37(e)(2) of an employment discrimination action because of intentional spoliation of electronically stored information by the plaintiff.

The panel held that the district court did not abuse its discretion by imposing a terminating sanction because ample circumstantial evidence showed that the plaintiff acted willfully, and the district court properly relied on an inference that her deletion of text messages with co-workers and her coordination with witnesses to delete messages was prejudicial to the defendant. The panel also held that the district court did not abuse its discretion in considering an expert report.

The panel held that the district court's discovery orders instructing the plaintiff and others to hand over their phones to a forensic search specialist were procedurally proper, and the plaintiff's challenge to the orders based on privacy interests was unpersuasive.

Finally, the panel held that the district court did not abuse its discretion in awarding attorneys' fees and costs.

//

//

Respectfully submitted,

Dated:        March 11, 2024              ORRICK, HERRINGTON & SUTCLIFFE LLP


                                         By: */s/ Angela Colt*
                                                 ANGELA COLT

                                         Richard F. Martinelli (*pro hac vice*)
                                         rmartinelli@orrick.com
                                         Angela Colt (CA SBN 286275)
                                         acolt@orrick.com
                                         ORRICK, HERRINGTON & SUTCLIFFE LLP
                                         51 West 52nd Street
                                         New York, NY 10019-6142
                                         Telephone:   +1 212 506 5000
                                         Facsimile:   +1 212 506 5151

                                         William W. Oxley (CA SBN 136793)
                                         woxley@orrick.com
                                         Meghan Rohling Kelly (CA SBN 292236)
                                         meghan.kelly@orrick.com
                                         ORRICK, HERRINGTON & SUTCLIFFE LLP
                                         355 S. Grand Avenue, Suite 2700
                                         Los Angeles, CA 90071-1596
                                         Telephone:   +1 213 629 2020
                                         Facsimile:   +1 213 612 2499

                                         *Attorneys for Defendants,
                                         Counterclaimants, and Third-Party
                                         Plaintiffs L'Oréal USA, Inc., L'Oréal USA
                                         Products, Inc., L'Oréal USA S/D, Inc., And
                                         Redken 5th Avenue NYC, LLC*