**MARTORELL LAW APC**
Eduardo Martorell, State Bar No. 240027
EMartorell@Martorell-Law.com
JoAnn Victor, State Bar No. 121891
JVictor@Martorell-Law.com
Jordan M. Zim, State Bar No. 332757
JZim@Martorell-Law.com
Playa District
6100 Center Drive, Suite 1130
Los Angeles, CA 90045
Telephone: (323) 840-1200
Facsimile: (323) 840-1300

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRICOLOR LLC,<br><br>    Plaintiff,<br><br>v.<br><br>L'ORÉAL USA, INC.; L'ORÉAL USA PRODUCTS, INC.; L'ORÉAL USA S/D, INC.; REDKEN 5TH AVENUE NYC, LLC; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-00364-CAS-E<br><br>*Hon. Christina A. Snyder*<br><br>**METRICOLOR'S MOTION FOR RECONSIDERATION**<br><br>Filed concurrently herewith:<br>  (1) Declaration of Salvatore D'Amico;<br>  (2) Declaration of Eduardo Martorell; and<br>  (3) Declaration of Jordan M. Zim<br><br>Hearing Date:  May 13, 2024<br>Time:  10:00 a.m.<br>Courtroom:  8D<br><br>Action filed: January 16, 2018<br>Discovery Cut-Off: December 31, 2022<br>Trial: Vacated |

### PUBLIC VERSION

MARTORELL LAW APC
Litigation & Trial Counsel

METRICOLOR'S OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS

Dated: April 12, 2024

**MARTORELL LAW APC**

By: /s/ Eduardo Martorell

Eduardo Martorell
JoAnn Victor
Jordan M. Zim
*Attorneys for Plaintiff*
*METRICOLOR LLC*

MARTORELL LAW APC

Litigation & Trial Counsel

METRICOLOR'S OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS