# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

METRICOLOR LLC,

        Plaintiff,

v.

L'ORÉAL USA, INC.; L'ORÉAL USA PRODUCTS, INC.; L'ORÉAL USA S/D, INC.; REDKEN 5TH AVENUE NYC, LLC; and DOES 1 through 100, inclusive,

        Defendants.

Case No. 2:18-cv-00364-CAS-E

*Hon. Christina A. Snyder*

**[PROPOSED] ORDER GRANTING METRICOLOR'S MOTION FOR RECONSIDERATION**

The Court, having reviewed Plaintiff Metricolor LLC's ("Plaintiff" or "Metricolor") Motion for Reconsideration (the "Motion"), the declarations and compendium of exhibits submitted in connection therewith, and all other papers submitted in connection thereto, and finding good cause therefore,

**IT IS HEREBY ORDERED THAT:**

(1)    Plaintiff's Motion is **GRANTED**;

**IT IS SO ORDERED.**

Dated:_____

_____
Honorable Christina A. Snyder
United States District Judge