1  RICHARD F. MARTINELLI (*pro hac vice*)
   rmartinelli@orrick.com
2  ANGELA COLT (CA SBN 286275)
   acolt@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   51 West 52nd Street
4  New York, NY  10019-6142
   Telephone:  +1 212 506 5000
5  Facsimile:  +1 212 506 5151

6  WILLIAM W. OXLEY (CA SBN 136793)
   woxley@orrick.com
7  MEGHAN ROHLING KELLY (CA SBN 292236)
   meghan.kelly@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   355 S. Grand Avenue, Suite 2700
9  Los Angeles, CA  90071-1596
   Telephone:  +1 213 629 2020
10 Facsimile:  +1 213 612 2499

11 *Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs*
12 L'ORÉAL USA, INC., L'ORÉAL USA PRODUCTS, INC., L'ORÉAL USA S/D, INC.,
13 AND REDKEN 5TH AVENUE NYC, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRICOLOR LLC,<br><br>   Plaintiff and Counterdefendant,<br><br>   v.<br><br>L'ORÉAL USA, INC.; L'ORÉAL USA PRODUCTS, INC.; L'ORÉAL USA S/D, INC.; REDKEN 5th AVENUE NYC, LLC; and DOES 1 through 100, inclusive,<br><br>   Defendants, Counterclaimants and Third-Party Plaintiffs,<br><br>   v.<br><br>SALVATORE D'AMICO, and STEPHEN D'AMICO,<br><br>   Third-Party Defendants. | Case No. 2:18-cv-00364-CAS-E<br><br>**DEFENDANTS' REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58(d)** |

Defendants L'Oréal USA, Inc., L'Oréal USA Products, Inc., L'Oréal USA S/D, Inc., and Redken 5th Avenue NYC, LLC ("Defendants" or "L'Oréal") respectfully submit this Request for Entry of Judgment pursuant to Federal Rule of Civil Procedure 58(d) as follows:

1. The Court granted Defendants' motion for terminating sanctions with prejudice on March 29, 2024 (Dkt. 414).

2. The order denied all relief requested by Plaintiff, and pursuant to Fed. R. Civ. P. 58(b)(1)(C), a separate judgment should have been prepared.

3. In addition, the Court denied Plaintiff's motion for reconsideration on May 15, 2024 (Dkt. 438), and the parties stipulated to the dismissal of Defendants' counterclaims on May 15, 2024 (Dkt. 439).

4. Pursuant to Rule 58(d), Defendants request that judgment be entered for the Defendants. A proposed judgment is attached hereto.

Dated: May 30, 2024              ORRICK, HERRINGTON & SUTCLIFFE LLP

                                 By:  */s/ Angela Colt*
                                      Angela Colt

                                 *Attorneys for Defendants*
                                 L'Oréal USA, Inc.,
                                 L'Oréal USA Products, Inc.,
                                 L'Oréal USA S/D, Inc., and
                                 Redken 5th Avenue NYC, LLC