UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METRICOLOR LLC,<br><br>　　Plaintiff and Counterdefendant,<br><br>　　v.<br><br>L'ORÉAL USA, INC.; L'ORÉAL USA PRODUCTS, INC.; L'ORÉAL USA S/D, INC.; REDKEN 5th AVENUE NYC, LLC; and DOES 1 through 100, inclusive,<br><br>　　Defendants, Counterclaimants and Third-Party Plaintiffs,<br><br>　　v.<br><br>SALVATORE D'AMICO, and STEPHEN D'AMICO,<br><br>Third-Party Defendants. | Case No. 2:18-cv-00364-CAS-Ex<br><br>**JUDGMENT FOLLOWING ORDER GRANTING DEFENDANTS' MOTION FOR TERMINATING SANCTIONS** |

## <u>JUDGMENT</u>

The Court entered an Order **DISMISSING** Plaintiff's claims in the First Amended Complaint **WITH PREJUDICE** on March 29, 2024 after finding that Plaintiff "repeatedly fabricated, destroyed, and withheld evidence in this action," and that Plaintiff's "misconduct was the result of 'willfulness, bad faith, and fault.'"  Dkt.

414 at 29-30.  In addition, on May 15, 2024 the Court denied Plaintiff's motion for reconsideration and the parties stipulated to the dismissal of Defendants' counterclaims.  Dkt. 438, 439.  Judgment is accordingly entered in favor of the Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: June 28, 2024

HON. CHRISTINA A. SNYDER
United States District Court Judge